**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH ZAPPIA, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br>v.<br><br>AVIDXCHANGE HOLDINGS, INC., MICHAEL PRAEGER, JAMES HAUSMAN, J. MICHAEL MCGUIRE, TERESA MACKINTOSH, LANCE DRUMMOND, ASIF RAMJI, SONALI SAMBHUS, ONI CHUKWU, and A.J. RUBADO,<br><br>                      Defendants. | Case No. 1:25-cv-05727-ER |

> The Order to Show Cause hearing scheduled for August 6, 2025 is canceled in light of Zappia's withdrawal of his motion for a preliminary injunction and expedited discovery, Doc. 9. The Clerk of Court is respectfully directed to terminate the motion, Doc. 9.
>
> SO ORDERED.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J.
> Dated: August 1, 2025
> New York, New York

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR A PRELIMINARY
INJUNCTION AND EXPEDITED DISCOVERY
AND REQUEST TO VACATE ORDER TO SHOW CAUSE**

Plaintiff Joseph Zappia ("Plaintiff"), by and through undersigned counsel, respectfully (i) withdraws his Motion for a Preliminary Injunction and Expedited Discovery, filed July 22, 2025 (Dkts. 9-11), and (ii) requests that the Court vacate the hearing presently scheduled for August 6, 2025 at 11:00 A.M. by Order to Show Cause entered July 28, 2025 (Dkt. 29) and all related deadlines, based upon Defendants' representation that Defendant AvidXchange Holdings, Inc. "intends to include in an amended preliminary proxy prior to filing and mailing the definitive proxy statement" the following disclosure that TPG and its portfolio companies paid approximately $57.7 million in fees to Latham from January 1, 2023 through May 6, 2025:

> From time to time, Latham has provided services to TPG and its portfolio companies on matters unrelated to the Company or the transactions contemplated by the Merger Agreement, including unrelated services during the course of the Company's sale process. From January 1, 2023 through May 6, 2025, the date of the execution of the Merger Agreement, Latham received fees in an aggregate amount of approximately $57.7 million from TPG and its portfolio companies for such work.

Declaration of Blair G. Connelly, Dkt. 31 at ¶7.

|  |  |
|---|---|
| Dated: August 1, 2025 | Respectfully submitted, |
|  | */s/ Juan E. Monteverde* |
|  | Juan E. Monteverde (JM-8169) |
|  | **MONTEVERDE & ASSOCIATES, PC** |
|  | The Empire State Building |
|  | 350 Fifth Avenue, Suite 4740 |
|  | New York, New York 10118 |
|  | Tel: 212-971-1341 |
|  | jmonteverde@monteverdelaw.com |
|  |  |
|  | Joshua E. Fruchter (JF-2970) |
|  | **WOHL & FRUCHTER LLP** |
|  | 25 Robert Pitt Drive, Suite 209G |
|  | Monsey, NY 10952 |
|  | Tel. (845) 290-6818 |
|  | jfruchter@wohlfruchter.com |
|  |  |
|  | *Attorneys for Plaintiff and the Proposed Class* |