UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH ZAPPIA, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

AVIDXCHANGE HOLDINGS, INC., MICHAEL PRAEGER, JAMES HAUSMAN, J. MICHAEL MCGUIRE, TERESA MACKINTOSH, LANCE DRUMMOND, ASIF RAMJI, SONALI SAMBHUS, ONI CHUKWU, and A.J. RUBADO,

    Defendants.

Case No. 1:25-cv-5727-ER

**MEMO ENDORSED**

The motion for attorneys' fees is denied without prejudice to refiling upon compliance with the Individual Practices of Judge Edgardo Ramos § 2(A)(ii).

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: September 2, 2025
New York, New York

**PLAINTIFF'S MOTION FOR AN AWARD OF
REASONABLE ATTORNEYS' FEES AND EXPENSES**

Plaintiff Joseph Zappia ("Plaintiff"), by and through undersigned counsel, hereby moves for an order awarding Plaintiff's counsel attorneys' fees and expenses of $750,000.

The grounds for this motion are set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for an Award of Reasonable Attorneys' Fees, and the Declarations of Juan E. Monteverde and Joshua E. Fruchter in Support of Plaintiff's Motion for an Award of Reasonable Attorneys' Fees, filed concurrently herewith.

Dated: August 29, 2025

Respectfully Submitted,
MONTEVERDE & ASSOCIATES PC

By: /s/Juan E. Monteverde
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, NY 10118
Tel: (212) 971-1341
jmonteverde@monteverdelaw.com

Joshua E. Fruchter (JF-2970)
**WOHL & FRUCHTER LLP**  25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Tel: (845) 290-6818
jfruchter@wohlfruchter.com

*Attorneys for Plaintiff*

2